# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Michael Raudel RAMIREZ<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 2, 2018__ in the county of __Webb__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922 (g)(1) | Possession of a Firearm and Ammunition by a Convicted Felon. |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

/s/Ramón Roldán
*Complainant's signature*

Ramón Roldán, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 07/05/2018

*Judge's signature*

City and state: Laredo, Texas    Diana Song Quiroga, US Magistrate Judge
*Printed name and title*

Attachment A

1.  On July 2, 2018, the Laredo Police Department conducted a vehicle stop at the 1000 block of N. Smith, in Laredo, Texas, on a white BMW model M3. During the course of the stop, LPD officers obtained a consent to search from the driver and sole occupant of the vehicle, Michael Raudel RAMIREZ. During the search of the vehicle, LPD officers found a Taurus, model 709 Slim, 9mm caliber pistol bearing serial number TK057125. The firearm was loaded with seven rounds of 9mm ammunition. RAMIREZ admitted to the officer to being the possessor of the firearm, and also stated that he is a previously convicted felon. RAMIREZ further stated to being a gang member in Laredo, TX.

2.  LPD officers contacted ATF for assistance. ATF agents interviewed RAMIREZ at the LPD headquarters. After agents advised RAMIREZ of his Miranda rights, RAMIREZ stated that he has been in possession of the aforementioned firearm for approximately two months, and that he took the firearm from his brother.

3.  ATF agents queried RAMIREZ's criminal history and confirmed that RAMIREZ was previously convicted on 2013 by the 81st and 218th District Court in Frio County, TX for tamper / fabricate physical evidence with intent to impair Case # 12-05-00048CRF. RAMIREZ was also convicted federally on 2015 at Southern District of Texas, Laredo Division for being a convicted felon in possession of firearms (Case # 5:14-cr-01140).

4.  Preliminary examination indicates that the firearm, a Taurus, model 709 Slim, 9mm caliber pistol bearing serial number TK057125, was manufactured outside the State of Texas, and traveled in and / or affected interstate commerce.

5.  ATF agents seized the firearm and ammunition pursuant to 18 USC 922 (g)(1).